■ JAMES A. PHILLIPS, as Executive Member of the Democratic Executive Committee of Queens County for Part B of the Third Assembly District, Respondent, v. MEL SNITOW, Individually and as President and Executive Leader of MEL SNITOW'S THIRD A. D. DEMOCRATIC CLUB et al., Appellants.—

Motion by appellants to dispense with printing, denied. Motion by appellants to extend their time to answer the complaint, granted; time extended until 10 days after entry of the order determining the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.